

# NUMBER 13-12-00172-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE DAVID SIBLEY

**On appeal from the 319th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, David Sibley, filed an appeal from a sanctions order. On May 22, 2012, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 9, 2011, and that the deputy district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c).

Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On July 30, 2012, the Clerk of the Court notified appellant that he was delinquent in remitting a $20.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b),(c).

PER CURIAM

Delivered and filed the 7th
day of February, 2013.

2